PHINIZY *v.* PHINIZY.

HINES, J. This court having reversed the judgment of the trial court refusing to grant a new trial on a motion excepting to the rendition of the first verdict in the case, it becomes unnecessary to pass upon the questions raised in this bill of exceptions; and this case is remanded to the court below, with instruction to vacate the second verdict and the decree rendered.

*Judgment affirmed, with direction. All the Justices concur.*